[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 01-11863
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPT 03 2003
THOMAS K. KAHN
CLERK

D. C. Docket No. 00-01457-CV-2

MARIE ANDERSON,
ALVESTER BRAFORT, et al.,

Plaintiffs-Appellants,

versus

H&R BLOCK, INC.,
BENEFICIAL NATIONAL BANK, et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

**(September 3, 2003)**
**ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES**

Before TJOFLAT, BARKETT and WILSON, Circuit Judges.

PER CURIAM:

On June 2, 2003, the United States Supreme Court reversed our decision in

this matter, holding that "an action filed in a state court to recover damages from a

national bank for allegedly charging excessive interest in violation of both 'the

common law usury doctrine' and an Alabama usury statute may be removed to a federal court because it actually arises under federal law." *Beneficial Nat'l Bank v. Anderson*, __ U.S. __, 123 S. Ct. 2058 (2003).  In light of the Supreme Court's holding, we AFFIRM and REMAND this case to the district court for further proceedings consistent with this opinion.